3 cert to USM

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 4:07 CR 54 JCH [AGF] |
| | ) |
| JOHN HERNANDEZ, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Defendant John Hernandez's Motion for Transportation Expenses for Travel to Court for his change of plea and consultation with counsel is hereby granted. The United States Marshals Service is hereby ordered to provide non-custodial travel by providing the expenses for air travel for Mr. Hernandez from Seattle, Washington, either on June 26, 2007 or on June 27, 2007 and returning from St. Louis, Missouri to Seattle Washington late on June 27, 2007.

SO ORDERED:

Jean C. Hamilton
United States District Judge

Date: 6-19-07