IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 4:07 CR 54 JCH [AGF] |
| | ) |
| JOHN HERNANDEZ, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Defendant John Hernandez's Motion for Transportation Expenses for Travel to Court for his change of plea and consultation with counsel is hereby granted. The United States Marshals Service is hereby ordered to provide non-custodial travel by providing the expenses for air travel for Mr. Hernandez from Seattle, Washington, either on September 6, 2007 or on September 7, 2007 and to provide him with subsistence expenses, not to exceed the amount authorized as a *per diem* allowance for travel under section 5702(a) of Title 5, United States Code. If necessary the Marshal's Service shall provide the expenses for one night's lodging.

SO ORDERED:

*Jean C. Hamilton*
Jean C. Hamilton
United States District Judge

Date: 8/30/07